# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JAIME MORRIS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> IMPERIAL COUNTY, *et al.*, <br><br> Defendants. | Case No. 16-cv-2334-BAS-PCL <br><br> **ORDER GRANTING JOINT MOTION** <br><br> [ECF No. 54] |

The parties have jointly moved to permit Defendants Forensic Medical Group, Inc. and Prabhdeep Singh, M.D. to file an amended answer to the Complaint within two days of entry of a court order approving the parties' request. (ECF No. 54.) The parties indicate that these Defendants "erroneously omitted five separate affirmative defenses to the state law claims." (*Id*.) Having considered the joint motion, the Court finds there is good cause to approve the parties' request and **GRANTS** the motion. These Defendants shall file an amended answer **no later than September 14, 2018**.

**IT IS SO ORDERED.**

DATED: September 12, 2018

Hon. Cynthia Bashant
United States District Judge